## UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS _____

UniCare Life & Health Insurance Company

**SUMMONS IN A CIVIL CASE**

V.

Chantal Phanor, Ruth Pamphile, Beverly Pamphile, Sonia Pamphile, Widlene Cesar, Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile and Cartwright Funeral Home

CASE NUMBER:

# 05-11355 JLT

TO: (Name and address of Defendant)

Cartwright Funeral Home
419 North Main Street
Randolph, MA 02368

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Crevier
Katherine R. Parsons
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: 413-787-2400
Fax: 413-781-8235

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 28 2005

CLERK                                    DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
           Date                     Signature of Server

_____
Address of Server

I hereby certify and return that today, July 12, 2005, at 3:35 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Cartwright Funeral Home, by giving in hand to James Whalen the Agent in Charge authorized to accept service. Said service was effected at: Cartwright Funeral Home, 419 North Main Street, Randolph, MA 02368.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 12, 2005.

*[signature]*

**Nelson Goldin**, Constable
& Disinterested Person over Age 18.    Total Fees: $30.00
**Metrowest Constable Service**
82 Gregory Road
Framingham, MA, 01701-2717
(508) 877-9437 , (508) 877-8033 Fax

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.