# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS

UniCare Life & Health Insurance
Company

## SUMMONS IN A CIVIL CASE

V.

Chantal Phanor, Ruth Pamphile, Beverly Pamphile,
Sonia Pamphile, Widlene Cesar, Judy Pamphile,
Jeffrey Pamphile, Brunel Pamphile, and
Cartwright Funeral Home

CASE NUMBER:

# 05 - 11355 JLT

TO: (Name and address of Defendant)

Sonia Pamphile

14895 NE 18th Ave Apt 3A
North Miami, FL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Crevier
Katherine R. Parsons
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: 413-787-2400
Fax: 413-781-8235

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

JUN 28 2005

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/14/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Gregory Mike | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 14895 N.E. 18th Ave Apt 3A North Miami, FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/14/05 at 12:10pm

Signature of Server: Gregory Mike

Address of Server: 8362 Pines Blvd #156 Pembroke Pines, FL 33024

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.