(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 05-11355 JLT

Unicare Life and Health

Plaintiff(s)

v.

Chantal Phanor, et. al.

Defendant(s)

### Sonia Pamphile's Answer to Complaint
(TITLE OF DOCUMENT)

I, Sonia Pamphile, plaintiff or (defendant), in the above styled cause, state the following:

1. That Pursuant to the March 10, 2005 beneficiary change, I am entitled to a 25% share of all insurance benefits due under the subject insurance policy.

2. That the March 10, 2005 beneficiary change is the last valid change made under the subject policy.

(Rev. 10/2002) General Document

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Certificate of Service**

I Sonia Pamphile, certify that on this date 7/29/05 a true copy of the foregoing document was mailed to: David B. Crevier, 1500 Main Street, Suite 2020 Springfield, MA 01115 and Clerk of Court Civil for the US District Court for Massachusetts, 1 Courthouse Way, Boston Massachusetts 02210

By:
Sonia Pamphile
Printed or typed name of Filer

x Sonia Pamphile
Signature of Filer

Pro Se
Florida Bar Number

E-mail address

305-467-6804
Phone Number

Facsimile Number

540 NE 140 street
Street Address

N. Miami, FL 33161    (305) 986-3921
City, State, Zip Code