(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 05 - 11355  JLT

uniCare Life and Health
_____
Plaintiff(s)

v.

Chantal Phanor, et. al.
_____
_____
_____
Defendant(s)

Widlene Cesar's Answer to Complaint
*(TITLE OF DOCUMENT)*

I, Widlene Cesar _____ plaintiff or (defendant,) in the above styled cause,

state the following:

1. That Pursuant to the March 10, 2005 beneficiary change, I am entitled to a 25% share of all insurance benefits due under the subject insurance Policy

2. That the March 10, 2005 beneficiary change is the last valid change made under the subject Policy

3. That I am entitled to be reimbursed for all attached funeral expenses of the decedent which I have Paid for on behalf of the estate. The bills are attached.

(Rev. 10/2002) General Document

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Certificate of Service**

I   Widlene Cesar  , certify that on this date  7/27/05  a true copy

of the foregoing document was mailed to:  David B. Crevier, 1500 Main St, Suite 2020
<span style="display:block; text-align:center">name(s) and address(es)</span>
Springfield, MA 01115  and clerk of court Civil for the US
District Court for Massachusetts, 1 Courthase way, Boston Mass.
02210

By:
Widlene Cesar _____      ✗ Widlene Cesar
Printed or typed name of Filer                Signature of Filer

Pro se _____
Florida Bar Number                              E-mail address

786 262 - 8313 _____
Phone Number                                     Facsimile Number

11960 NE 16 ave, bldg 5 - Apt 101 _____
Street Address

Miami FL 33161 _____
City, State, Zip Code

№   1292

CARTWRIGHT FUNERAL HOMES, INC.
419 North Main Street
Randolph, Massachusetts 02368
(781) 963-4199

Date _MARCH 25 2005_

Received From _MILDENE CESAR_

_ONE THOUSAND TWO HUNDRED AND THIRTY_ $ _1,230.00/100_ ......... Dollars

For Funeral Expenses of _JOSEPH PAMPHILE_

☒ Cash   ☐ M.O.   ☐ Check #

MEMO _CASH ADVANCE ITEMS_

Received By _[signature]_   Thank You,

# Paret Pierre-Louis

*109, Rue du Centre*
*94, Rue du Peuple*
*Tel: 222-1271/0735/6988, 249-2120*
*245-4260/7809*

31 Mars 2005

DOIT     : Widlène César

À        : Paret Pierre-Louis

la somme de QUINZE MILLE & 00/100 H

(H.$15,000.00)

POUR     : les frais funéraires de son frère,

Joseph Pamphile dcd 23 Mars 2005

inhumé 1er Avril 2005.-

y compris achat caveau.-

QUINZE MILLE & 00/100 H. DOLLARS

CERTIFIE SINCERE ET CORRECT

PAIEMENT NON ENCORE RECU

POMPES FUNEBRES PARET PIERRE-LOUIS

**PARET PIERRE-LOUIS**
*Pompes Funèbres*
**109 Rue du Centre**
**94 Rue du Peuple**
**Port-au-Prince, Haiti**
**22-0735    22-6988**



CARTWRIGHT GENERAL GROUP
19 NO. MAIN ST PO BOX
RNDOLPH   02368
84-343-4199

**Sale**

ID: 001
Batch
VISA

**##########2364**
Appr Code: 05970
Total:                    $ 290.00

Custom.
THANK