UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNICARE LIFE & HEALTH INSURANCE COMPANY<br>    Plaintiff-Stakeholder,<br><br>v.<br><br>CHANTAL PHANOR, RUTH PAMPHILE, BEVERLY PAMPHILE, SONIA PAMPHILE, WIDLENE CESAR, JUDY PAMPHILE, JEFFREY PAMPHILE, BRUNEL PAMPHILE and CARTWRIGHT FUNERAL HOME<br>    Defendants. | Civil Action No. 05-11355 JLT |

**REQUEST FOR ENTRY OF DEFAULT**

Now comes the Plaintiff-Stakeholder, UniCare Life & Health Insurance Company ("UniCare") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and hereby requests that default be entered against Defendant Chantal Phanor.

UniCare filed this Interpleader action on June 28, 2005. Affidavit of Katherine R. Parsons in Support of Plaintiff's Request for Entry of Default ("Affidavit") at ¶ 3, attached hereto at Exhibit A. Defendant Phanor was served with a Summons and copy of the Complaint on July 12, 2005. Affidavit at ¶ 4. Defendant Phanor's responsive pleading was due on August 1, 2005. Affidavit at ¶ 5. As of September 13, 2005 and forty-three days late, Defendant Phanor has not yet filed a responsive pleading. Affidavit at ¶ 6. Consequently, UniCare respectfully requests that default be entered against Defendant Chantal Phanor.

PLAINTIFF-STAKEHOLDER
UNICARE LIFE & HEALTH INSURANCE
COMPANY

By its Attorneys,

_____
David B. Crevier, BBO# 557242
Katherine R. Parsons, BBO# 657280
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
(413) 787-2400 (tel.)
(413) 781-8235 (fax)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record by first class U.S. Mail, postage prepaid; on Defendants Sonia Pamphile and Widlene Cesar by certified mail and first class U.S. Mail, postage prepaid; and on Defendant Chantal Phanor by certified mail, FedEx, and first class U.S. Mail, postage prepaid this 13th day of September, 2005.

_____

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNICARE LIFE & HEALTH <br> INSURANCE COMPANY <br>     Plaintiff-Stakeholder, <br> v. <br><br> CHANTAL PHANOR, RUTH PAMPHILE, <br> BEVERLY PAMPHILE, SONIA PAMPHILE, <br> WIDLENE CESAR, JUDY PAMPHILE, <br> JEFFREY PAMPHILE, BRUNEL PAMPHILE <br> and CARTWRIGHT FUNERAL HOME <br>     Defendants. | Civil Action No. 05-11355 JLT |

**AFFIDAVIT OF KATHERINE R. PARSONS
IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

1. My name is Katherine R. Parsons and I am the attorney for the Plaintiff-Stakeholder, UniCare Life & Health Insurance Company ("UniCare"), in the above captioned case.

2. All averments made herein are based on my personal knowledge.

3. UniCare filed this Interpleader action on June 28, 2005.

4. UniCare caused a Summons and copy of the Complaint to be served on Chantal Phanor on July 12, 2005.

5. The Court indicated that Ms. Phanor's answer was due on August 1, 2005.

6. As of September 13, 2005, Ms. Phanor has not yet filed a responsive pleading in this case.

                                                                              /s/ Katherine R. Parsons
                                                                              Katherine R. Parsons