UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNICARE LIFE & HEALTH INSURANCE COMPANY<br>   Plaintiff-Stakeholder,<br>v.<br>CHANTAL PHANOR, RUTH PAMPHILE, BEVERLY PAMPHILE, SONIA PAMPHILE, WIDLENE CESAR, JUDY PAMPHILE, JEFFREY PAMPHILE, BRUNEL PAMPHILE and CARTWRIGHT FUNERAL HOME<br>   Defendants. | Civil Action No.  05 - 11355 JLT |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff UniCare Life & Health Insurance Company ("UniCare"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby makes the following disclosures: (1) UniCare Life & Health Insurance Company is a wholly owned subsidiary of UniCare National Services, Inc., which is a wholly owned subsidiary of WellPoint, Inc.; and (2) WellPoint, Inc. is a publicly traded company.

               PLAINTIFF-STAKEHOLDER
               UNICARE LIFE & HEALTH
               INSURANCE COMPANY

               By its Attorneys,

               _____
               David B. Crevier, BBO# 557242
               Katherine R. Parsons, BBO# 657280
               Crevier & Ryan, LLP
               1500 Main Street, Suite 2020
               Springfield, MA 01115-5727
               (413) 787-2400 (tel.)
               (413) 781-8235 (fax)
               Emails:  dcrevier@crevierandryan.com
                     kparsons@crevierandryan.com

2

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was served on all counsel of record by first class U.S. Mail, postage prepaid and on Defendants Sonia Pamphile, Widlene Cesar and Chantal Phanor by U.S. Mail, postage prepaid and certified mail this 16th day of September, 2005.

_/s/ Katherine GBG_