## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Unicare Life & Health Insurance Co.** <br> **Plaintiff** <br><br> V. <br><br> **Chantal Phanor, et al** <br> **Defendant** | CIVIL ACTION <br><br> NO. 05-cv-11355 JLT |

## NOTICE OF DEFAULT

Upon application of the Plaintiff,  **Unicare Life & Health Insurance Company,** for an order of Default for failure of the Defendant,  **Chantal Phanor** , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **20th**  day of September, 2005 .

        SARAH A. THORNTON
        CLERK OF COURT

        By:   **/s/ Kimberly M. Abaid**
                **Deputy Clerk**

**Notice mailed to:**
**Counsel of Record**

(Default Notice.wpd - 3/7/2005)