UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNICARE LIFE & HEALTH INSURANCE
COMPANY

V.

CHANTAL PHANOR, RUTH PAMPHILE,   Civil Action No: 05-11355JLT
BEVERLY PAMPHILE, SONIA PAMPHILE,
WILDENE CESAR, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHILE,
AND CARTWRIGHT FUNERAL HOME,

NOTICE OF APPEARANCE

I, Steven C. Goldwyn, do hereby notice my appearance for the defendant, Chantal Phanor in the above captioned matter.

                                                    Defendant,
                                                    Chantal Phanor,
                                                    By her attorney,


                                                    _____
                                                    Steven C. Goldwyn, Esq.
                                                    Altman & Altman, LLP
                                                    675 Massachusetts Avenue
                                                    Cambridge, MA 02139
                                                    BBO# 561438
                                                    (617) 492-3000