UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Unicare Life & Health Insurance Company,<br>    Plainiff – Stakeholder,<br><br>v.<br><br>Chantal Phanor, Ruth Pamphile, Beverly<br>Pamphile, Sonia Pamphile, Widlene Cesar,<br>Judy Pamphile, Jeffrey Pamphile, Brunel<br>Pamphile and Cartwright Funeral Home,<br>    Defendants | Civil Action No. 05-11355 JLT |

**CORPORATE DISCLOSURE STATEMENT**

    Now comes, Defendant, Cartwright Funeral Home, and discloses pursuant to Rule 7.1 the Federal Rules of Civil Procedure, that its corporate name is Cartwright Funeral Homes, Inc. Cartwright Funeral Homes, Inc. further discloses that it is not a subsidiary of a parent company and the corporation is not publicly traded.

|  |  |
|---|---|
| Dated: September 21, 2005 | Respectfully Submitted<br>Cartwright Funeral Homes, Inc.<br>By its attorneys<br>Shaw and Corcoran, P.C.<br><br>*Jennifer M. Clark*<br>Jennifer M. Clark<br>17 Storrs Avenue<br>Braintree, MA 02184<br>Ph. 781-848-8744<br>BBO# 659064<br>Email: jclark@beld.net |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2005, I served a true and correct copy of th Corporation Disclosure Statement was served on all counsel of record by postage prepaid first class mail and served on Chantal Phanor, Sonia Pamphile and Widlene Cesar by postage prep first class mail.

Signed under the pains and penalties of perjury.

Dated: September 21, 2005

Jennifer M. Clark