UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 SEP 28  P 2: 1
DISTRICT COURT
DISTRICT OF MASS

Civil Action No. 05 11355 JLT

UNICARE LIFE-HEALTH
INSURANCE COMPANY
        Plaintiff-Stakeholder,

v.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE,
WILDELEN PAMPHILE, JUDY PAMPHILE.,
JEFFREY PAMPHILE, BRUNEL PAMPHILE
and CARTWRIGHT FUNERAL HOME

MOTION TO EXTEND TIME
FOR JOINT STATEMENT AND FOR STATUS CONFERENCE

      Now comes counsel for Ruth Pamphile and moves to extend the time for filing of Joint Statement, to complete mandatory disclosure, and to reschedule the status conference in this matter. As reason, she says that Defendant Chantal Phanor has just filed her answer, and further that the undersigned has been unavailable to file this in a more timely fashion due to unexpected care needs of her elderly and disabled mother, but she otherwise requests the rescheduling of the status conference due to her scheduled vacation this week, out of state, to attend her niece's wedding on October 2, 2005, followed by her return on October 2 or 3 (depending upon her mother's ability to tolerate the return trip), and preparation for Rosh Hashanah, which begins at sundown on October 3, 2005.

      For these reasons, relief is requested.


Defendant Ruth, Beverly, Judy, Jeffrey, and Brunel Pamphile's Counsel,

*/s/ Alanna G. Cline*
Alanna G. Cline
300 Market St.
Brighton, MA 02135
BBO 086860
617 783 5997
September 28, 2005

Agreed to:

*Sonia Pamphile and Widlene Cesar by telephone with Atty. Cline on 9/27/05:*


Unicare Life & Health Insurance Co. by Counsel:

*Katherine R. Parsons* by ace per faxed agreement to motion 9.27

David B. Crevier
Katherine R. Parsons
Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA 01115
413 787 2400


Cartwright Funeral Home by Counsel:

*Jennifer Clark* per telephone and fax per mun 9.28.05 ace

Jennifer M. Clark, Esq
Shaw and Corcoran, PC
17 Storrs Avenue
Braintree Square
Braintree, MA 02184
781 848 6116


*Steven C. Goldwyn* per telephone message agreement to motion, by ace 9.27.05

Steven C. Goldwyn Esq
Altman & Altman, LLP
Central Plaza]
675 Massachusetts Ave.
Cambridge, MA 02139
617 492 3000