UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11355 JLT

UNICARE LIFE-HEALTH
INSURANCE COMPANY
Plaintiff- Stakeholder,

V.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE,
WILDELEN PAMPHILE, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHILE and
CARTWRIGHT FUNERAL HOME
Defendants.

### DEFENDANT, CHANTAL PHANOR'S MOTION TO VACATE DISMISSAL/JUDGMENT AND ACCEPT ALREADY FILED ANSWER

Now comes the defendant, Chantal Phanor, and with the assent of plaintiff, Unicare Life-Health Insurance Company, hereby moves this Honorable Court to vacate the dismissal/judgment entered against her and accept the already filed answer. In support of this motion, defendant, Chantal Phanor states:

1. Counsel for Chantal Phanor was hired on or about September 17, 2005.
2. Plaintiff's counsel filed the request for entry of default base don failure to answer complaint on or about September 13, 2005;
3. Upon notice of this request, counsel for Chantal Phanor immediately contacted counsel for plaintiff requesting several days to file the answer;
4. Plaintiff's counsel graciously agreed and, in fact, called the Court and told them to hold off on the entry of default until further notice;
5. Chantal Phanor filed her answer on or about September 19, 2005;
6. Despite the above, the Court entered the default;
7. Plaintiff's counsel assents to this motion;
8. There is a substantial amount of money involved in this case, approximately $228,000, which is arguably due Chantal Phanor.
9. Justice dictates that because in general the defendant should be able to have her case heard on the merits barring an egregious or repeated procedural misstep and specifically due to the misunderstanding set out above, this motion should be allowed.

All above factual assertions are hereby made under the pains and penalties of perjury this 10th day of October, 2005 by the undersigned.

Defendant,
Chantal Phanor,
By her attorney,

_____
Steven C. Goldwyn, Esq.
Altman & Altman, LLP
675 Massachusetts Avenue
Cambridge, MA 02139
(617) 492-3000
BBO# 561438

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11355 JLT

---

UNICARE LIFE-HEALTH
INSURANCE COMPANY
Plaintiff- Stakeholder,

V.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE,
WILDELEN PAMPHILE, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHILE and
CARTWRIGHT FUNERAL HOME
Defendants.

---

## CERTIFICATE OF SERVICE

I, Steven C. Goldwyn, do hereby certify that I served a true copy of the within defendant, Chantal Phanor's motion to vacate dismissal/default judgment on all plaintiffs and defendants, by mailing same by first class mail, postage pre-paid to their attorneys of record or if pro se, to them directly on this 10th day of October, 2005.

Steven C. Goldwyn, Esq.