UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNICARE LIFE & HEALTH INSURANCE COMPANY<br>         Plaintiff-Stakeholder,<br>v.<br><br>CHANTAL PHANOR, RUTH PAMPHILE,<br>BEVERLY PAMPHILE, SONIA PAMPHILE,<br>WIDLENE CESAR, JUDY PAMPHILE,<br>JEFFREY PAMPHILE, BRUNEL PAMPHILE<br>and CARTWRIGHT FUNERAL HOME<br>         Defendants. | Civil Action No.  05 - 11355 JLT |

## JOINT STATEMENT

Pursuant to the Notice of Scheduling Conference and Local Rule 16.1, the parties submit the following Joint Statement.  The parties have conferred and agree with the facts set forth in the facts section below and the proposed scheduling plan set forth below.

### FACTS

Joseph Pamphile ("Decedent") was a participant in a group life insurance plan issued by UniCare Life & Health Insurance Company ("UniCare") to Partners HealthCare Systems, Inc. with the policy number GI 28518.  Decedent died on March 23, 2005.  At the time of his death, Decedent had a total death benefit of $228,000.00.  Due to the conflicting claims made by Defendants on the death benefit, UniCare filed this Interpleader action.

Ruth Pamphile, Decedent's wife, claims to be entitled to the death benefit because she claims: (1) Decedent lacked capacity to change his beneficiaries in March 2005; and (2) Supplemental Probate Court Rule 411: Automatic Restraining Order, effective 1/1/00 prohibited Decedent from changing his beneficiaries.  Beverly Pamphile, Judy Pamphile, Brunel

Pamphile and Jeffrey Pamphile, Decedent's children (Decedent's children, together with their mother, Ruth Pamphile, are collectively referred to as "the Pamphiles"), claim to be entitled to the entire death benefit together with their mother and state that they will handle the distribution among themselves on their own.  Sonia Pamphile, Decedent's sister, claims to be entitled to 25% of the death benefit.  Widlene Cesar, Decedent's sister, also claims to be entitled to 25% of the death benefit.  Cartwright Funeral Homes claims to be entitled to $9,507.70 for funeral services provided for Decedent plus attorney's fees for defending this claim.  Chantal Phanor, Decedent's friend, claims to be entitled to 100% of the death benefit, or in the alternative, she claims to be entitled to 25% of the death benefit.

The Pamphiles have proposed that upon agreement by all the parties, the $9,507.70 claimed by Cartwright Funeral Homes for funeral services be paid to Cartwright immediately from the death benefit and that Cartwright be dismissed from this case.  Widlene Cesar and Chantal Phanor agree to this proposal.  Sonia Pamphile has not commented on this proposal.  UniCare agrees to pay the death benefit, less the costs and attorneys' fees for having to bring this Interpleader action, to the individual(s) designated by this Court or in accordance with any division agreed to by all parties.

### CURRENT PROCEDURAL ISSUES & PENDING MOTIONS

Defendant Chantal Phanor's Motion to Vacate Dismissal/Judgment and Accept Already Filed Answer ("Motion to Vacate") is currently pending before this Court.  Ms. Phanor's Answer was due on August 1, 2005.  As of September 13, 2005, Ms. Phanor had not filed an Answer and UniCare moved for an Entry of Default against Ms. Phanor.  On September 20, 2005, this Court entered default against Ms. Phanor and on September 22, 2005, Ms. Phanor filed an Answer.  On

or about October 10, 2005, Ms. Phanor filed a Motion to Vacate with UniCare's assent and it is currently pending before this Court.

Due to the potential conflict of interest between Brunel and Jeffrey Pamphile (minor children) and their mother Ruth Pamphile, UniCare requests that a Guardian ad litem be appointed to represent the minors' interests. Counsel for UniCare and counsel for the Pamphiles have discussed this matter and are in the process of locating an appropriate individual to serve as a guardian ad litem for Brunel and Jeffrey.

## THE PARTIES' PROPOSED SCHEDULING PLAN

The parties propose the following schedule for discovery:

1. Rule 26 Automatic Disclosures

The parties will exchange initial disclosures, if they have not already done so, within 14 days after the Scheduling Conference as required by Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2 (November 15, 2005).

2. Close of Discovery

All discovery to be completed by March 31, 2006, and in accordance with the Federal Rules of Civil Procedure and the Local Rules.

3. Trial Experts

The parties shall designate their respective experts, if any, by January 31, 2006 in accordance with Fed. R. Civ. P. 26 (a)(2) and Local Rule 26.4.

4. Motions for Summary Judgment

Motions for Summary Judgment shall be filed within 90 days before the date established by the Court for trial, Oppositions to Motions for Summary Judgment shall be filed within 21 days thereafter.

## CERTIFICATION OF COUNSEL AND PARTIES

The parties will submit their respective certifications at or before the Scheduling Conference.

Respectfully submitted,

| | |
|---|---|
| DEFENDANT SONIA PAMPHILE | DEFENDANT WIDLENE CESAR |
| Pro se, | Pro se, |
| /s/Sonia Pamphile | /s/Widlene Cesar |
| Sonia Pamphile, pro se | Widlene Cesar, pro se |
| 540 NE 140 Street | 11960 NE 16 Avenue |
| North Miami, FL 33161 | Bldg 5 - Apt 101 |
| (305) 986-3921 | Miami, FL 33161 |
| | |
| DEFENDANTS RUTH PAMPHILE, BEVERLY PAMPHILE, JUDY PAMPHILE, JEFFREY PAMPHILE and BRUNEL PAMPHILE | DEFENDANT CARTWRIGHT FUNERAL HOME |
| By their Attorney, | By its Attorney, |
| /s/Alanna G. Cline | /s/Jennifer M. Clark |
| Alanna G. Cline, Esq., BBO # 086860 | Jennifer M. Clark, Esq., BBO # 659064 |
| 300 Market Street | Shaw and Corcoran, P.C. |
| Brighton, MA 02135 | 17 Storrs Avenue |
| (617) 783-5997 | Braintree, MA 02184 |
| (617) 787-5539 (fax) | (781) 848-8744 |

| DEFENDANT CHANTAL PHANOR | PLAINTIFF-STAKEHOLDER UNICARE LIFE & HEALTH INSURANCE COMPANY |
|---|---|
| By her Attorney, | By its Attorneys, |
| /s/Steven C. Goldwyn<br>Steven C. Goldwyn, Esq., BBO # 561438<br>Altman & Altman, LLP<br>675 Massachusetts Ave.<br>Cambridge, MA 02139<br>(617) 492-3000 | /s/Katherine R. Parsons<br>David B. Crevier, BBO # 557242<br>Katherine R. Parsons, BBO # 657280<br>CREVIER & RYAN, LLP.<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5727<br>(413) 787-2400<br>(413) 781-8235 (fax)<br>Email: dcrevier@crevierandryan.com<br>        kparsons@crevierandryan.com |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record by first class U.S. Mail, postage prepaid and on Defendants Sonia Pamphile and Widlene Cesar by U.S. Mail, postage prepaid and certified mail this 28th day of October, 2005.

/s/Katherine R. Parsons