**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNICARE LIFE & HEALTH INSURANCE COMPANY <br>    Plaintiff-Stakeholder, <br> v. <br><br> CHANTAL PHANOR, RUTH PAMPHILE, <br> BEVERLY PAMPHILE, SONIA PAMPHILE, <br> WIDLENE CESAR, JUDY PAMPHILE, <br> JEFFREY PAMPHILE, BRUNEL PAMPHILE <br> and CARTWRIGHT FUNERAL HOME <br>    Defendants. | **Civil Action No. 05 - 11355 JLT** |

**PLAINTIFF-STAKEHOLDER UNICARE LIFE & HEALTH INSURANCE
COMPANY'S CERTIFICATION REGARDING COSTS
AND ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to Local Rule 16.1 (d) (3), the Plaintiff-Stakeholder UniCare Life & Health Insurance Company ("UniCare") files this Certification Regarding Costs and Alternate Dispute Resolution.

**Certification Regarding Costs and Alternate Dispute Resolution**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses-- of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

UniCare Life & Health Insurance Company,

By: /s/ Theresa Barrett
Theresa Barrett, Esq.
Its: In House Counsel


Counsel to UniCare Life & Health Insurance Company,

/s/ Katherine R. Parsons
David B. Crevier
Katherine R. Parsons


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record by first class U.S. Mail, Postage prepaid this 31st day of October, 2005.

/s/ Katherine R. Parsons