UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNICARE LIFE AND HEALTH INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CHANTAL PHANOR, RUTH PAMPHILE, BEVERLY PAMPHILE, SONIA PAMPHILE, WIDELINE CESAR, JUDY PAMPHILE, JEFFREY PAMPHILE, BRUNEL PAMPHILE, and CARTWRIGHT FUNERAL HOME <br><br> Defendants. | * <br> * <br> * <br> * <br> *    Civil Action No. 05-11355-JLT <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

ORDER

November 2, 2005

TAURO, J.

After a conference on November 1, 2005, this court hereby orders that:

1.  Defendant Chantal Phanor's <u>Motion to Vacate Default Judgment/Dismissal and Accept Already Filed Answer</u> [#25] is ALLOWED;

2.  Defendant may file a Motion for Guardian Ad Litem no later than January 19, 2006;

3.  Defendant may file a Motion to Remand to State Court no later than January 19, 2006;

4.  Plaintiff must file a response to the abovementioned motions no later than January

      30, 2006; and

5.     Defendant Widelene Cesar may appear for future conferences via speaker phone, and does not need to attend in person.

IT IS SO ORDERED.

                                                        /s/ Joseph L. Tauro
                                          United States District Judge