COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNICARE LIFE & HEALTH INSURANCE COMPANY,<br>Plaintiff-Stakeholder<br><br>v.<br><br>CHANTAL PHANOR, RUTH PAMPHILE, BEVERLY PAMPHILE, SONIA PAMPHILE, WIDLENE CESAR, JUDY PAMPHILE, JEFFREY PAMPHILE, BRUNEL PAMPHILE, and CARTWRIGHT FUNERAL HOME,<br>Defendants | Civil Action No. 05-11355 JLT |

**DEFENDANT CARTWRIGHT FUNERAL HOME'S CERTIFICATION PURSUANT TO UNITED STATES LOCAL RULE 16.1(D)(3)**

Now comes, Defendant, Cartwright Funeral Home and hereby certifies pursuant to Local Rule 16.1(D)(3) that counsel conferred and were able to establish a proposed pretrial schedule. In addition, Defendant, Cartwright Funeral Home's counsel has discussed resolution possibilities with the some if not most of the parties. In addition, Defendant, Cartwright Funeral Home also certifies that we have conferred with regard to alternatives to trial.

Respectfully Submitted,
Cartwright Funeral Homes, Inc.
By its attorneys
Shaw and Corcoran, P.C.,

_____
Jennifer M. Clark, Esq., BBO#659064
17 Storrs Avenue
Braintree, MA 02184
(P) 781-848-8744
(F) 781-848-6116
(E) jclark@beld.net

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all parties of record by first class mail, postage prepaid this 1st day of November, 2005.

_____
Jennifer M. Clark