UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Unicare Life & Health Insurance Company, )<br>        Plaintiff – Stakeholder, )<br>)<br>v.                                         )<br>)<br>Chantal Phanor, Ruth Pamphile, Beverly  )<br>Pamphile, Sonia Pamphile, Widlene Cesar, )<br>Judy Pamphile, Jeffrey Pamphile, Brunel  )<br>Pamphile and Cartwright Funeral Home    ) | Civil Action No. 05-11355 JLT |

## STIPULATION FOR JUDGMENT AS TO DEFENDANT CARTWRIGHT FUNERAL HOME

      Now come the parties and hereby stipulate that Defendant Cartwright Funeral Home be paid $13,725.75 which includes payment for funeral services, interest and attorney fees. Said payment shall be paid from Joseph Pamphile's life insurance proceeds held by Plaintiff, Unicare Life and Health Insurance Company and shall be paid within 30 days of the signing of this agreement.

| | |
|---|---|
| DEFENDANT SONIA PAMPHILE,<br>Pro Se | DEFENDANT WIDLENE CESAR,<br>Pro Se |
| /s/ Sonia Pamphile<br>Sonia Pamphile, pro se<br>540 NE 140 Street<br>North Miami, FL 33161<br>(305) 986-3921 | /s/ Widlene Cesar<br>Widlene Cesar, pro se<br>11960 NE 16 Avenue<br>Bldg 5 – Apt 101<br>Miami, FL 33161 |

| | |
|---|---|
| DEFENDANTS RUTH PAMPHILE, BEVERLY PAMPHILE, JUDY PAMPHILE, JEFFERY PAMPHILE AND BRUNEL PAMPHILE, By their Attorney, | DEFENDANT CARTWRIGHT FUNERAL HOME, <br><br> By its Attorney, |
| /s/ Alanna G. Cline <br> Alanna G. Cline, Esq., BBO#086860 <br> 300 Market Street <br> Brighton, MA 02135 <br> (P)617-781-5997 (F)617-787-5539 <br> DEFENDANT CHANTAL PHANOR, <br><br> By its Attorney, | /s/ Jennifer M. Clark <br> Jennifer M. Clark, Esq., BBO#659064 <br> 17 Storrs Avenue <br> Braintree, MA 02184 <br> (P)781-848-8744 (F)781-848-6116 <br> PLAINTIFF – STAKEHOLDER UNICARE LIFE & HEALTH INSURANCE COMPANY, <br> By its Attorney, |
| /s/ Steven C. Goldwyn <br> Steven C. Goldwyn, Esq., BBO#561438 <br> Altman & Altman, LLP <br> 675 Massachusetts Ave <br> Cambridge, MA 02139 <br> (P) 617-492-3000 | /s/ Katherine R. Parsons <br> David B. Crevier, Esq., BBO#557242 <br> Katherine R. Parsons, BBO#657280 <br> 1500 Main Street, Suite 2020 <br> Springfield, MA 01115-5727 <br> (P) 413-787-2400 <br> (F) 413-781-8235 |

## CERTIFICATE OF SERVICE

I hereby certify that the Stipulation for Judgment as to Defendant Cartwright Funeral Home filed through the ECF System was served on all counsel of record and pro se parties by postage prepaid first class mail on this 27th day of December 2005.

/s/ Jennifer M. Clark
Jennifer M. Clark, Esq.