UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Unicare Life & Health Insurance Company, )<br>Plaintiff – Stakeholder, )<br>)<br>v. )<br>)<br>Chantal Phanor, Ruth Pamphile, Beverly )<br>Pamphile, Sonia Pamphile, Widlene Cesar, )<br>Judy Pamphile, Jeffrey Pamphile, Brunel )<br>Pamphile and Cartwright Funeral Home ) | Civil Action No. 05-11355 JLT |

### STIPULATION FOR JUDGMENT AS TO
### DEFENDANT CARTWRIGHT FUNERAL HOME

Now come the parties and hereby stipulate that Defendant Cartwright Funeral Home be paid $13,725.75 which includes payment for funeral services, interest and attorney fees. Said payment shall be paid from Joseph Pamphile's life insurance proceeds held by Plaintiff, Unicare Life and Health Insurance Company and shall be paid within 30 days of the signing of this agreement.

DEFENDANT SONIA PAMPHILE,          DEFENDANT WIDLENE CESAR,
Pro Se                              Pro Se

/s/ Sonia Pamphile                  /s/ Widlene Cesar
Sonia Pamphile, pro se              Widlene Cesar, pro se
540 NE 140 Street                   11960 NE 16 Avenue
North Miami, FL 33161               Bldg 5 – Apt 101
(305) 986-3921                      Miami, FL 33161



Approved
Tauro J
1/15/06



| | |
|---|---|
| DEFENDANTS RUTH PAMPHILE, BEVERLY PAMPHILE, JUDY PAMPHILE, JEFFERY PAMPHILE AND BRUNEL PAMPHILE, By their Attorney, | DEFENDANT CARTWRIGHT FUNERAL HOME, <br><br>By its Attorney, |
| /s/ Alanna G. Cline <br>Alanna G. Cline, Esq., BBO#086860 <br>300 Market Street <br>Brighton, MA 02135 <br>(P)617-781-5997 (F)617-787-5539 | /s/ Jennifer M. Clark <br>Jennifer M. Clark, Esq., BBO#659064 <br>17 Storrs Avenue <br>Braintree, MA 02184 <br>(P)781-848-8744 (F)781-848-6116 |
| DEFENDANT CHANTAL PHANOR, <br><br>By its Attorney, | PLAINTIFF – STAKEHOLDER UNICARE LIFE & HEALTH INSURANCE COMPANY, <br>By its Attorney, |
| /s/ Steven C. Goldwyn <br>Steven C. Goldwyn, Esq., BBO#561438 <br>Altman & Altman, LLP <br>675 Massachusetts Ave <br>Cambridge, MA 02139 <br>(P) 617-492-3000 | /s/ Katherine R. Parsons <br>David B. Crevier, Esq., BBO#557242 <br>Katherine R. Parsons, BBO#657280 <br>1500 Main Street, Suite 2020 <br>Springfield, MA 01115-5727 <br>(P) 413-787-2400 <br>(F) 413-781-8235 |

## CERTIFICATE OF SERVICE

I hereby certify that the Stipulation for Judgment as to Defendant Cartwright Funeral Home filed through the ECF System was served on all counsel of record and pro se parties by postage prepaid first class mail on this 27th day of December 2005.

/s/ Jennifer M. Clark
Jennifer M. Clark, Esq.