# Exhibit G

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNICARE LIFE & HEALTH INSURANCE COMPANY<br>　　　　　Plaintiff-Stakeholder,<br><br>v.<br><br>CHANTAL PHANOR, RUTH PAMPHILE, BEVERLY PAMPHILE, SONIA PAMPHILE, WIDLENE CESAR, JUDY PAMPHILE, JEFFREY PAMPHILE, BRUNEL PAMPHILE and CARTWRIGHT FUNERAL HOME<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No.  05 - 11355 JLT |

### AFFIDAVIT OF DAVID B. CREVIER, ESQ.

I, David B. Crevier, depose and state as follows:

1.　I am a partner at the law firm of Crevier & Ryan, LLP and I specialize in the areas of insurance and employee benefits law.  My hourly rate is $250.00.

2.　Katherine R. Parsons is an associate at the law firm of Crevier & Ryan, LLP and she specializes in the areas of insurance and employee benefits law.  Attorney Parsons' hourly rate is $180.00.

3.　Jennifer Goncalves is a paralegal at the law firm of Crevier & Ryan, LLP.  Ms. Goncalves' hourly rate is $95.00.

4.　Crevier & Ryan, LLP represents the disinterested stakeholder, UniCare Life & Health Insurance Company ("UniCare").

5.　The hourly rates of myself, Attorney Parsons and Ms. Goncalves are fair and reasonable given the respective experience and expertise.

6.    Copies of the legal bills in this matter, redacted as to confidential matters, are attached

      hereto.  As set forth therein, the total fees and expenses billed through January 5, 2006,

      were $7,223.44.

7.    Since January 5, 2006 UniCare has incurred $2,520.00 (14 hours at $180.00) in fees for the

      paperwork for the payment of Cartwright Funeral Home in accordance with the Stipulation

      of Judgment, the drafting of its Opposition to the Pamphiles' Motion to Remand and its

      Motion To Deposit Funds, Dismiss Unicare And Award Fees And Costs And Unicare's

      Request For The Appointment Of A Guardian Ad Litem For The Minor Defendants.

8.    The total fees and expenditures incurred by UniCare are thus $9,743.44 to date.


            Signed under the penalties of perjury, this 30th day of January, 2006.


                                        /s/David B. Crevier
                                        David B. Crevier

## Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA  01115-5727

Telephone: (413) 787-2400

Tax Identification Number: 04-3374820

Fax Number: (413) 781-8235

Theresa Barrett, Esq.
UNICARE Life & Health Ins. Co.
1500 Main Street
Suite 2020
Springfield, MA 01115

January 05, 2006

In Reference To:  Pamphile

Our File Number:  0020.024

Invoice Number:  1272

### Bill for Legal Fees and Expenses

| | |
|---|---|
| Total Charges This Period | $253.20 |
| Previous Balance | $3,172.25 |
| Payments - Thank You | ($1,780.51) |
| Total Currently Due | $1,644.94 |

Theresa Barrett, Esq.

Page     2

Re:    Pamphile

---

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/27/2005 | KRP | Teleconference with Attorney Clark; Draft email to Attorney Barrett | 0.40 180.00/hr | 72.00 |
| 12/29/2005 | KRP | Teleconference with Attorney Goldwyn regarding possibility of settlement; Draft letter to Attorney Cline regarding same; Draft letter to Attorney Clark regarding Settlement Agreement and Release | 1.00 180.00/hr | 180.00 |

| | | | | |
|---|---|---|---|---|
| **For professional services rendered** | | | **1.40** | **$252.00** |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 12/28/2005 | Copying cost - Correspondence to Attorney Clark with enclosures | 12 0.10 | 1.20 |

---

| | |
|---|---|
| **Total additional charges** | **$1.20** |
| **Total amount of this bill** | **$253.20** |
| **Previous balance** | **$3,172.25** |

Accounts receivable transactions

| | | |
|---|---|---|
| 12/6/2005 | Payment - Thank You. Check No. 499224 | ($1,281.61) |
| 1/3/2006 | Payment - Thank You. Check No. 501956 | ($498.90) |
| **Total payments and adjustments** | | **($1,780.51)** |

| | |
|---|---|
| **Balance due** | **$1,644.94** |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $253.20 | $1,391.74 | $0.00 | $0.00 | $0.00 |

Theresa Barrett, Esq.

Page    3

Re:    Pamphile

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Katherine R. Parsons | 1.40 | 180.00 | $252.00 |

# Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA  01115-5727

Telephone: (413) 787-2400

Tax Identification Number: 04-3374820

Fax Number: (413) 781-8235

Theresa Barrett, Esq.
UNICARE Life & Health Ins. Co.
1500 Main Street
Suite 2020
Springfield, MA 01115

December 05, 2005

In Reference To:   Pamphile

Our File Number:  0020.024

Invoice Number:   1213

## Bill for Legal Fees and Expenses

| | |
|---|---|
| Total Charges This Period | $1,391.74 |
| Previous Balance | $1,787.41 |
| Payments - Thank You | ($6.90) |
| Total Currently Due | $3,172.25 |

Re:    Pamphile

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 11/1/2005 | KRP | Travel to/from and attend Scheduling Conference; Teleconference with Attorney Goldwyn regarding Scheduling Conference; Draft Settlement Agreement and Release for Cartwright; Draft email to Attorney Barrett regarding Scheduling Conference and Release | 6.50 180.00/hr | 1,170.00 |
| 11/2/2005 | KRP | Teleconference with Cartwright's attorney regarding Stipulation and Release; Review email from Attorney Barrett; Revise Settlement Agreement accordingly | 0.40 180.00/hr | 72.00 |

**For professional services rendered**                                     **6.90**        **$1,242.00**

Additional Charges :

| Date | Description | Qty/Price | |
|------|-------------|-----------|---|
| 10/31/2005 | FedEx charges for delivery to Ms. Sonia Pamphile | 1 34.20 | 34.20 |
| 11/1/2005 | Travel expenses for trip to/from Boston for Scheduling Conference | 1 115.54 | 115.54 |

**Total additional charges**                                                              **$149.74**

**Total amount of this bill**                                                             **$1,391.74**

**Previous balance**                                                                     **$1,787.41**

Accounts receivable transactions

| 11/7/2005 | Payment - Thank You. Check No. 00496540 | ($6.90) |
|-----------|------------------------------------------|---------|

**Total payments and adjustments**                                                       **($6.90)**

Balance due                                                                              $3,172.25

Re:    Pamphile

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---------|---------|---------|---------|-----------|
| $1,391.74 | $498.90 | $1,281.61 | $0.00 | $0.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Katherine R. Parsons | 6.90 | 180.00 | $1,242.00 |

# Crevier & Ryan, LLP

1500 Main Street
Suite 2020
Springfield, MA  01115-5727

Telephone: (413) 787-2400

Tax Identification Number: 04-3374820

Fax Number: (413) 781-8235

Theresa Barrett, Esq.
UNICARE Life & Health Ins. Co.
1500 Main Street
Suite 2020
Springfield, MA 01115

November 02, 2005

In Reference To:   Pamphile

Our File Number:   0020.024

Invoice Number:    1172

## Bill for Legal Fees and Expenses

| | |
|---|---|
| Total Charges This Period | $498.90 |
| Previous Balance | $1,769.81 |
| Payments - Thank You | ($481.30) |
| Total Currently Due | $1,787.41 |

Theresa Barrett, Esq.

Page        2

Re:     Pamphile

_____

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/12/2005 | KRP | Review correspondence and Motion to Vacate from Phanor's attorney | 0.20 180.00/hr | 36.00 |
| 10/14/2005 | KRP | Draft letter to Attorney Cline regarding appointment of GAL; Teleconference with Attorney Cline regarding GAL, conflicts and her client's position on this case | 0.40 180.00/hr | 72.00 |
| 10/17/2005 | KRP | Teleconference with Mrs. Cesar regarding scheduling conference | 0.10 180.00/hr | 18.00 |
| 10/18/2005 | KRP | Revise Joint Statement; Draft letter to Attorneys Clark, Cline and Goldwyn regarding same | 0.50 180.00/hr | 90.00 |
| 10/24/2005 | KRP | Draft letter to Pamphile and Cesar regarding Joint Statement | 0.10 180.00/hr | 18.00 |
| 10/28/2005 | JG | Electronic filing of Joint Statement | 0.20 95.00/hr | 19.00 |
| | KRP | Teleconference with Attorney Goldwyn; Teleconference with Attorney Cline | 0.30 180.00/hr | 54.00 |
| 10/31/2005 | JG | Electronic filing of ADR Certificate | 0.20 95.00/hr | 19.00 |
| | KRP | Teleconference with Attorney Clark; Prepare for scheduling conference | 0.70 180.00/hr | 126.00 |

| | | |
|---|---|---|
| **For professional services rendered** | **2.70** | **$452.00** |

Additional Charges :

| | Qty/Price | |
|---|---|---|
| 10/18/2005 Fax fee to Attorney Cline, Attorney Clark, Attorney Goldwyn | 18 1.00 | 18.00 |
| )/25/2005 Copying cost - Letters to Sonia Pamphile and Widelene Cesar enclosing Joint Statement | 24 0.10 | 2.40 |

Theresa Barrett, Esq.

Page    3

Re:    Pamphile

| | Qty/Price | Amount |
|---|---|---|
| 10/27/2005 FedEx charges for delivery to Widlene Cesar | 1<br>24.40 | 24.40 |
| 10/31/2005 Copying cost - Plaintiff's Certified Records and ADR | 21<br>0.10 | 2.10 |

| | |
|---|---|
| **Total additional charges** | **$46.90** |
| **Total amount of this bill** | **$498.90** |
| **Previous balance** | **$1,769.81** |
| Accounts receivable transactions | |
| 10/24/2005  Payment - Thank You. Check No. 494564 | ($481.30) |
| **Total payments and adjustments** | **($481.30)** |
| Balance due | $1,787.41 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $1,780.51 | $6.90 | $0.00 | $0.00 | $0.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Katherine R. Parsons | 2.30 | 180.00 | $414.00 |
| Jennifer Goncalves | 0.40 | 95.00 | $38.00 |

# Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA  01115-5727

Tax Identification Number: 04-3374820

Telephone: (413) 787-2400

Fax Number: (413) 781-8235

Theresa Barrett, Esq.
UNICARE Life & Health Ins. Co.
1500 Main Street
Suite 2020
Springfield, MA 01115

September 06, 2005

In Reference To:   Pamphile

Our File Number:   0020.024

Invoice Number:   984

## Bill for Legal Fees and Expenses

| | |
|---|---|
| Total Charges This Period | $6.90 |
| Previous Balance | $4,538.70 |
| Payments - Thank You | $0.00 |
| Total Currently Due | $4,545.60 |

Theresa Barrett, Esq.

Re:　　Pamphile

Page　　2

Additional Charges :

| | | Qty/Price | Amount |
|---|---|---|---|
| 8/3/2005 | Copying cost - Answers by Defendants | 69 | 6.90 |
| | | 0.10 | |

**Total additional charges**

$6.90

**Previous balance**

$4,538.70

Balance due

$4,545.60

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $6.90 | $481.30 | $4,057.40 | $0.00 | $0.00 |

# Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA  01115-5727

Telephone: (413) 787-2400

Tax Identification Number: 04-3374820

Fax Number: (413) 781-8235

Theresa Barrett, Esq.
UNICARE Life & Health Ins. Co.
1500 Main Street
Suite 2020
Springfield, MA 01115

August 03, 2005

In Reference To:   Pamphile

Our File Number:   0020.024

Invoice Number:    889

## Bill for Legal Fees and Expenses

| | |
|---|---|
| Total Charges This Period | $481.30 |
| Previous Balance | $4,591.40 |
| Payments - Thank You | ($534.00) |
| Total Currently Due | $4,538.70 |

Theresa Barrett, Esq.

Page    2

Re:    Pamphile

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/13/2005 | KRP | Teleconference with Chantal Phanor; Teleconference with Jim Wallin of Cartwright Funeral Home | 0.50 180.00/hr | 90.00 |
| 7/28/2005 | KRP | Teleconference with Attorney Cline regarding case, her client's position and the stipulations she would be willing to make | 0.50 180.00/hr | 90.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| **For professional services rendered** | **1.00** | **$180.00** |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 7/13/2005 | Sheriff's Fee for service on 7 parties | 7 30.00 | 210.00 |
| 7/16/2005 | Sheriff's Fee for service on Sonia Pamphile | 1 45.00 | 45.00 |
| | Sheriff's Fee for service on Willene Pamphile | 1 45.00 | 45.00 |
| 7/20/2005 | Copying cost - Correspondence and Summons | 13 0.10 | 1.30 |

| | |
|---|---|
| **Total additional charges** | **$301.30** |
| **Total amount of this bill** | **$481.30** |
| **Previous balance** | **$4,591.40** |

Accounts receivable transactions

| | |
|---|---|
| 7/27/2005  Payment - Thank You. Check No. 484864 | ($534.00) |
| **Total payments and adjustments** | **($534.00)** |

Theresa Barrett, Esq.

Re:    Pamphile

| | Amount |
|---|---|
| Balance due | $4,538.70 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Katherine R. Parsons | 1.00 | 180.00 | $180.00 |

# Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA  01115-5727

Telephone: (413) 787-2400

Tax Identification Number: 04-3374820

Fax Number: (413) 781-8235

Theresa Barrett, Esq.
UNICARE Life & Health Ins. Co.
1500 Main Street
Suite 2020
Springfield, MA 01115

July 06, 2005

In Reference To:  Pamphile

Our File Number:  0020.024

Invoice Number:  843

## Bill for Legal Fees and Expenses

| | |
|---|---|
| Total Charges This Period | $4,057.40 |
| Previous Balance | $534.00 |
| Payments - Thank You | $0.00 |
| Total Currently Due | $4,591.40 |

Re:    Pamphile

---

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|------|-----|-------------|----------|--------|
| 6/9/2005 | KRP | Research regarding ERISA preemption of State Restraining Order | 0.50<br>180.00/hr | 90.00 |
| 6/10/2005 | KRP | Research regarding alienation of ERISA benefits in the First Circuit | 1.00<br>180.00/hr | 180.00 |
| 6/13/2005 | DBC | Conference with K. Parsons regarding Interpleader issues | 0.50<br>250.00/hr | 125.00 |
| | KRP | Research regarding anti-alienation provisions and life insurance policies; Research regarding preemption of domestic relations orders | 3.00<br>180.00/hr | 540.00 |
| 6/14/2005 | KRP | Draft memorandum to client regarding assessment of interpleader claim | 2.50<br>180.00/hr | 450.00 |
| 6/15/2005 | DBC | Conference with K. Parsons; Conference with K. Parsons and T. Barrett | 1.00<br>250.00/hr | 250.00 |
| | KRP | Drafting Interpleader Complaint; Conference with D. Crevier and T. Barrett | 1.30<br>180.00/hr | 234.00 |
| 6/17/2005 | DBC | Conference with T. Barrett; Review caselaw | 0.50<br>250.00/hr | 125.00 |
| | KRP | Conference with T. Barrett regarding Interpleader; Research regarding ███████████ | 1.30<br>180.00/hr | 234.00 |
| 6/20/2005 | KRP | Research regarding ███████████ Draft email to T. Barrett regarding same | 1.50<br>180.00/hr | 270.00 |
| | DBC | Review email from K. Parsons; Conference with K. Parsons regarding ███████████ | 0.50<br>250.00/hr | 125.00 |
| 6/21/2005 | KRP | Draft memorandum regarding research ███████; Draft email to T. Berrett regarding same | 1.30<br>180.00/hr | 234.00 |
| 6/22/2005 | KRP | Drafting Interpleader Complaint | 1.00<br>180.00/hr | 180.00 |

Theresa Barrett, Esq.

Re:  Pamphile

Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/22/2005 | DBC | Conference with T. Barrett and K. Parsons; Review and revise Interpleader Complaint | 0.40 250.00/hr | 100.00 |
| 6/24/2005 | KRP | Review email from T. Barrett; Revise Complaint; Draft email to T. Barrett | 0.40 180.00/hr | 72.00 |
| 6/27/2005 | KRP | Exchange emails with T. Barrett | 0.30 180.00/hr | 54.00 |
| | JG | Preparing exhibits for Interpleader Complaint and redacting defendant's personal information in exhibits | 0.50 95.00/hr | 47.50 |
| 6/28/2005 | JG | Research online for addresses for defendants; Teleconference with RMV inquiring about request for personal information regarding addresses of defendants | 1.50 95.00/hr | 142.50 |
| 6/29/2005 | JG | Teleconference with Constables Fixman and Golden inquiring about rates to serve Complaint and Summons; Internet research for Constable in Miami-Dade County; Preparing Summons and assembling documents for service | 3.50 95.00/hr | 332.50 |

| | | Hrs | Amount |
|---|---|---|---|
| **For professional services rendered** | | 22.50 | $3,785.50 |

Additional Charges :

| | | Qty/Price | Amount |
|---|---|---|---|
| 6/27/2005 | Filing fee - US District Court | 1 250.00 | 250.00 |
| | Copying cost - Complaint and Exhibits | 23 0.10 | 2.30 |
| 6/28/2005 | Copying cost - | 31 0.10 | 3.10 |
| | Copying cost - Complaint and Summons | 165 0.10 | 16.50 |

| | Amount |
|---|---|
| **Total additional charges** | **$271.90** |
| **Total amount of this bill** | **$4,057.40** |

Re:    Pamphile

| | Amount |
|---|---|
| **Previous balance** | **$534.00** |
| Balance due | $4,591.40 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $4,057.40 | $534.00 | $0.00 | $0.00 | $0.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David B. Crevier | 2.90 | 250.00 | $725.00 |
| Katherine R. Parsons | 14.10 | 180.00 | $2,538.00 |
| Jennifer Goncalves | 5.50 | 95.00 | $522.50 |

# Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA  01115-5727

Telephone: (413) 787-2400

Tax Identification Number: 04-3374820

Fax Number: (413) 781-8235

Theresa Barrett, Esq.
UNICARE Life & Health Ins. Co.
1500 Main Street
Suite 2020
Springfield, MA 01115

June 03, 2005

In Reference To:   Pamphile

Our File Number:  0020.024

Invoice Number:   731

## Bill for Legal Fees and Expenses

| | |
|---|---|
| Total Charges This Period | $534.00 |
| Previous Balance | $0.00 |
| Payments - Thank You | $0.00 |
| Total Currently Due | $534.00 |

Re:     Pamphile

---

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/25/2005 | KRP | Conference with D. Crevier | 0.30<br>180.00/hr | 54.00 |
|  | DBC | Conference with T. Barrett; Read documents; Conference with K. Parsons | 1.20<br>250.00/hr | 300.00 |
| 5/27/2005 | KRP | Identify chronology; Research regarding preemption of standing restraining orders and alienation of benefits pursuant to assignments | 1.00<br>180.00/hr | 180.00 |
| **For professional services rendered** |  |  | **2.50** | **$534.00** |
| Balance due |  |  |  | $534.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David B. Crevier | 1.20 | 250.00 | $300.00 |
| Katherine R. Parsons | 1.30 | 180.00 | $234.00 |