UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNICARE LIFE AND HEALTH INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CHANTAL PHANOR, RUTH PAMPHILE, BEVERLY PAMPHILE, SONIA PAMPHILE, WIDELINE CESAR, JUDY PAMPHILE, JEFFREY PAMPHILE, BRUNEL PAMPHILE, and CARTWRIGHT FUNERAL HOME, <br><br> Defendants. | * <br> * <br> * <br> * <br> *   Civil Action No. 05-11355-JLT <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

ORDER

April 12, 2006

TAURO, J.

After a conference on April 12, 2006, this court hereby orders that:

1. Plaintiff's Motion to Deposit Funds [#38] is ALLOWED;

2. Plaintiff's Motion for Attorney Fees [#38] is ALLOWED;

3. Plaintiff's Motion to be Dismissed [#38] is ALLOWED;

4. Defendants have until July 1, 2006 to file a Motion for Summary Judgment; and

5. Defendants' Motion for Referral of Matter to State Court For GAL-Type Investigation in Lieu of GAL Appointment [#32], and Plaintiff's Motion to Appoint Guardian Ad Litem for the Minor Defendants [#38], are DENIED

WITHOUT PREJUDICE to being raised after the court's determination on the abovementioned Summary Judgment Motion.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge