UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11355 JLT

UNICARE LIFE-HEALTH INSURANCE COMPANY
PLAINTIFF, STAKEHOLDER

V.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE
WILDELENE PAMPHILE, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHILE, AND
CARTWRIGHT FUNERAL HOME
DEFENDANTS

_____

*Ex Parte MOTION TO EXTEND TIME
FOR FILING OF MOTION FOR SUMMARY JUDGMENT*

Counsel for Defendants Ruth Pamphile, Beverly Pamphile, Judy Pamphile, Jeffrey Pamphile, and Brunel Pamphile, moves to extend time for the filing of the motion for summary judgment and brief due Saturday, July 1, 2006 as ordered by the court on April 12, 2006. Counsel so moves due to her mother's medical emergency and emergency hospitalizations on June 27, 2006 and July 1, 2006, and counsel's consequent need to personally attend her mother throughout her hospitalizations, as set forth in her accompanying affidavit. Counsel represents that due to the preplanned closing of her office to enable staff to enjoy a four day July 4th weekend, she will be unable to contact the other defendants to solicit assents until July 5th, 2006, and will be unable to give notice by mail to the parties who are not registered electronic filers, again due to the circumstances set out in her affidavit, and initially files this as an *ex parte*

motion until she or her office can accomplish those tasks, presumably on July 5th, unless permitted otherwise.

> By Counsel,
>
> /s/ Alanna G. Cline
>
> Alanna G. Cline
> Attorney at Law
> BBO 086860
> 300 Market St.
> Brighton, MA 02135
> 617 783 5997

July 3, 2006