UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11355 JLT

UNICARE LIFE-HEALTH INSURANCE COMPANY
PLAINTIFF, STAKEHOLDER

V.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE
WILDELENE PAMPHILE, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHILE, AND
CARTWRIGHT FUNERAL HOME
DEFENDANTS

_____

*Ex Parte* MOTION TO EXTEND TIME
FOR FILING OF MOTION FOR SUMMARY JUDGMENT

Counsel for Defendants Ruth Pamphile, Beverly Pamphile, Judy Pamphile, Jeffrey Pamphile, and Brunel Pamphile, moves to extend time for the filing of the motion for summary judgment and brief due Saturday, July 1, 2006 as ordered by the court on April 12, 2006. Counsel so moves due to her mother's medical emergency and emergency hospitalizations on June 27, 2006 and July 1, 2006, and counsel's consequent need to personally attend her mother throughout her hospitalizations, as set forth in her accompanying affidavit. Counsel represents that due to the preplanned closing of her office to enable staff to enjoy a four day July 4th weekend, she will be unable to contact the other defendants to solicit assents until July 5th, 2006, and will be unable to give notice by mail to the parties who are not registered electronic filers, again due to the circumstances set out in her affidavit, and initially files this as an *ex parte*

motion until she or her office can accomplish those tasks, presumably on July 5th, unless permitted otherwise.

          By Counsel,

          /s/ Alanna G. Cline

          Alanna G. Cline
          Attorney at Law
          BBO 086860
          300 Market St.
          Brighton, MA 02135
          617 783 5997

July 3, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05 11355 JLT

UNICARE LIFE-HEALTH INSURANCE COMPANY
PLAINTIFF, STAKEHOLDER

V.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE
WILDELENE PAMPHILE, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHILE, AND
CARTWRIGHT FUNERAL HOME
DEFENDANTS

*AFFIDAVIT OF COUNSEL IN SUPPORT OF HER*
*Ex Parte MOTION TO EXTEND TIME FOR FILING OF MOTION FOR SUMMARY*
*JUDGMENT*

I, Alanna G. Cline, do state and depose as follows:

1. I am a person of majority age with my usual office for the practice of law at 300 Market St., Brighton, MA 02135.

2. I represent Ruth Pamphile, Beverly Pamphile, Judy Pamphile, Jeffrey Pamphile, and Brunel Pamphile in this matter.

3. I am the person responsible for the care of my elderly mother. She is 85 years old, completely disabled, and lives in her own home with full-time help at home.

4. On April 12, 2006, this court permitted an extension of time for the filing of a motion for summary judgment, requiring it to be filed by Saturday, July 1, 2006, which I took as meaning the next business day, today, July 3, 2006.

5. I substantially completed my legal research and the outline of my brief by June 17, 2006,

       and completed follow-up research and initial drafting by June 25, 2006.  I intended to complete the brief and motion in the next few days following that, in between the week's scheduled appearances.

6. Then, on June 27, 2006, I was called out of a hearing in the Norfolk Probate Court due to my mother suffering a spontaneous hemorrhage.  That resulted in her emergency hospitalization at Newton Wellesley Hospital.  I requested and was granted continuances, for the week's four hearings and rescheduled all office obligations, but I deferred requesting rescheduling in this matter in hopes I could still complete my brief and motion on time.

7. Due to the constellation of my mother's disabilities, particularly during her waking hours, I must personally provide  hands-on care while she is hospitalized, including providing direct assistance at diagnostic procedures and nursing staff care.

8. As of June 29, 2006, it appeared that the problem had been identified, and she was discharged to her home on the morning of June 30, 2006, to recover and recuperate.  As she appeared considerably improved,  I returned to my own home that night, intending to return to the motion and brief after a few hours of sleep, and to complete them over the weekend.

9. On Saturday, July 1, 2006, my mother again became very ill.  On the instruction of her gastroenterologist, she had another emergency admission to Newton Wellesley Hospital, where I personally attended her until after 1:20 a.m. last night, and where I will return upon my completion of this motion and affidavit.

10. For these reasons, I have been unable to complete the motion and brief now due, and

      request yet another extension of time. As we await the outcome of an ordered surgical evaluation, I cannot yet predict my availability, and request an additional thirty days' time. Should surgery be averted and improvement ensue, I could well be able to complete these pleadings much more quickly, as very promptly as possible, and I will do so even if granted more time. If surgery is required, then I expect the requested thirty days to be sufficient.

11.    Due to the closing of my office to enable staff to enjoy a four day July 4th weekend and my need to return to my mother's room as soon as this is filed, I am unable to have my secretary contact the other defendants to solicit assents until July 5th, 2006, and until then, I will be unable to give notice by mail to the parties who are not registered electronic filers, again all due to the circumstances set out above. Therefore, I initially file this as an *ex parte* motion until I or my secretary can accomplish those tasks, unless this court acts upon it without need of service and notice.

Signed under the pains and penalties of perjury.

                                                /s/ Alanna G. Cline

                                                Alanna G. Cline  
                                                Attorney at Law  
                                                BBO 086860  
                                                300 Market St.  
                                                Brighton, MA 02135  
                                                617 783 5997

July 3, 2006