UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action 05-11355 JLT

_____

UNICARE LIFE & HEALTH INSURANCE CO.
    Plaintiff-Stakeholder

v.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE,
WIDLENE CESAR, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHLE
AND CARTWRIHT FUNERAL HOME
    Defendants

_____

CERTIFICATE OF SERVICE AS TO MOTION   FOR SUMMARY JUDGMENT BY WIDOW, DEFENDANT RUTH PAMPHILE, AND CHILDREN ( DEFENDANTS BEVERLY PAMPHILE, JUDY PAMPHILE, JEFFREY PAMPHILE, AND BRUNEL PAMPHILE)

    I, Alanna G. Cline, do certify that I have served copies of the foregoing motion of the identified defendants and its supporting memorandum of law, concise statement of undisputed facts, affidavits of Ruth Pamphile, Jeffrey Pamphile, and Judy Pamphile, and Exhibit List and Exhibits 1-16, by electronic service on those receiving service and notice by this court's electronic filing system, and by mailing copies of same first class mail postage prepaid directed as follows this August 1, 2006 to:

1.    Unicare Life & Health Insurance Company directed to Attys. David B. Crevier and Katherine R. Parsons, Crevier & Ryan, LLP, 1500 Main St., Suite 2020, Springfield, MA 01115

2.    Chantal Phanor, directed to Steven C. Goldwyn, Altman & Altman, LLP, Central Plaza, 675 Massachusetts Avenue, Cambridge, MA 02139.

3.    Widlene Cesar, 1860 NE 16th Ave. Apt. 101, Miami, FLA 33161

4.    Sonia Pamphile c/o Widlene Cesar, 1860 NE 16th Ave. Apt. 101, Miami, FLA 33161 (that being the only address provided on the pleadings served which might reach Sonia Pamphile in Miami, Florida).

August 1, 2006                                                                    /s/ *Alanna G. Cline*

                                                                                             Alanna G. Cline