UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action 05-11355JLT

---

UNICARE LIFE & HEALTH INSURANCE CO.
Plaintiff-Stakeholder

v.

CHANTAL PHANOR, RUTH PAMPHILE, BEVERLY PAMPHILE, SONIA PAMPHILE, WIDLENE CESAR, JUDY PAMPHILE, AND CARTWRIGHT FUNERAL HOME,

Defendants

---

DEFENDANT, CHANTAL PHANOR'S ASSENTED TO MOTION TO EXTEND TIME 30 DAYS TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Now comes the parties and hereby motions this court to extend the time for the defendant, Chantal Phanor to respond to Pamphile Widow's and Phamphile Children's Motion for Summary Judgment.

In Support of its Motion, the parties state the following:

1. The Motion for Summary Judgment filed by the Pamphile Widow and Pamphile Children explores a complicated issue of whether ERISA trumps the automatic restraining order issued by the state court.
2. The defendant, Chantal Phanor needs additional time to further research this complicated issue in order to respond to the Motion for Summary Judgment.
3. The moving party has assented to this motion.

Wherefore, the defendant, Chantal Phanor requests an additional 30 days to respond to the Motion for Summary Judgment filed by the Pamphile Widow and Children.

By Counsel,

/s/ Steven C. Goldwyn                    /s/ Alanna G. Cline

Steven C. Goldwyn                        Alanna G. Cline
BBO #: 561438                            BBO # 086860
Altman & Altman, LLP                     300 Market Street
675 Massachusetts Avenue                 Brighton, MA 02135
Cambridge, MA, 02139                     (617) 783-5997
(617) 492-3000