UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action 05-11355 JLT

───────────────────────────────────────

UNICARE LIFE & HEALTH INSURANCE CO.
        Plaintiff-Stakeholder

v.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE,
WIDLENE CESAR, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHLE
AND CARTWRIHT FUNERAL HOME
        Defendants

───────────────────────────────────────

CERTIFICATE OF CONSULTATION UNDER LOCAL RULE 7.1 AS TO MOTION   FOR
SUMMARY JUDGMENT BY WIDOW, DEFENDANT RUTH PAMPHILE, AND CHILDREN
( DEFENDANTS BEVERLY PAMPHILE, JUDY PAMPHILE, JEFFREY PAMPHILE, AND
BRUNEL PAMPHILE)


        I, Attorney Alanna G. Cline of 300 Market St., Brighton, MA 02135 representing the
movants, hereby certify that on or by August 11, 2006, I conferred with Atty. Steven Goldwyn
representing Defendant Chantal Phanor, and that I attempted to confer with Defendants Widlene
Cesar and Sonia Pamphile (from whom no opposition is anticipated), in an effort to resolve the
issues raised by the referenced motion for summary judgment filed on behalf of Defendants Ruth
P. Pamphile, Beverly Pamphile, Judy Pamphile, Jeffrey Pamphile, and Brunel Pamphile.

        I certify that I have served copies of this certfcate by electronic means upon filing uopn
Atty. Steven Goldwyn representing Defendant Chantal Phanor,, and upon Widlene Cesar, 1860
NE 16th Ave. Apt. 101, Miami, FLA 33161 and upon Sonia Pamphile c/o Widlene Cesar, 1860
NE 16th Ave. Apt. 101, Miami, FLA 33161 by first class mail postage prepaid this August 14,
2006.


                                        /s/ Alanna G. Cline

                                        Alanna G. Cline
                                        300 Market St.
                                        Brighton, MA 02135
                                        BBO 086860
                                        617 783 5997

August 14, 2006