UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action 05-11355 JLT

---

UNICARE LIFE & HEALTH INSURANCE CO.
Plaintiff- Stakeholder
v.
CHANTAL PHANOR, RUTH PAMPHILE, BEVERLY PAMPHILE, SONIA PAMPHILE, WIDLENE CESAR, JUDY PAMPHILE, AND CARTWRIGHT FUNERAL HOME
Defendants

---

DEFENDANT, CHANTAL PHANOR'S ASSENTED TO MOTION TO EXTEND TIME TO FILE AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT AN ADDITIONAL 7 DAYS

Now comes the parties and hereby motions this court to extend the time for the defendant, Chantal Phanor to respond to Pamphile Widow's and Pamphile Childrens' Motion for Summary Judgment.

In Support of the Motion, the parties state the following:

1. The Motion for Summary Judgment filed by the Pamphile Widow and children explores a complicated issue of whether ERISA trumps the automatic restraining order by the state court.
2. In addition, the Motion for summary judgment explores whether the application of a constructive trust is appropriate in this situation, as well as whether the state restraining order should be saved from ERISA as a law which regulates insurance.
3. The defendant, Chantal Phanor is still in the process of researching these complicated issues in order to respond to the Motion for Summary Judgment.
4. The moving party has assented to this brief further continuance.

Wherefore, the defendant, Chantal Phanor requests an additional 7 days to respond to the Motion for Summary Judgment filed by the Pamphile Widow and Children.

By Counsel,
/s/ Steven C. Goldwyn
Steven C. Goldwyn
BBO #: 561438
Altman & Altman, LLP
675 Massachusetts Ave.
Cambridge, MA 02139
(617) 492-3000

/s/ Alanna G. Cline
Alanna G. Cline
BBO # 086860
300 Market Street
Brighton, MA 02135
(617) 783-5997