UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNICARE LIFE & HEALTH INSURANCE COMPANY | * * |
| Plaintiff-Stakeholder, | * |
| v. | * |
| | *   Civil Action No. 05-11355-JLT |
| CHANTAL PHANOR, RUTH PAMPHILE, BEVERLY PAMPHILE, SONIA PAMPHILE, WIDLENE CESAR, JUDY PAMPHILE, JEFFREY PAMPHILE, BRUNEL PAMPHILE and CARTWRIGHT FUNERAL HOME | * * * * * |
| Defendants | * |

ORDER

January 30, 2007

TAURO, J.

After considering the memoranda filed by the Parties, this court hereby orders:

1)   Ruth, Beverly, Judy, Jeffrey, and Brunel Pamphile's <u>Motion for Summary Judgment</u> [#43] is ALLOWED.

2)   These moving parties shall prepare the form of judgment according to this court's ruling for entry by the court.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge