UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action 05-11355 JLT

_____

UNICARE LIFE & HEALTH INSURANCE CO.
    Plaintiff-Stakeholder

v.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE,
WIDLENE CESAR, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHILE
AND CARTWRIGHT FUNERAL HOME
    Defendants

_____

**JUDGMENT IN A CIVIL CASE**

Tauro, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered allowing a motion for summary judgment in favor of Ruth Pamphile, finding her, alone, to be entitled to the funds deposited with the Court by Plaintiff Unicare,

    **IT IS ORDERED AND ADJUDGED,** that Ruth Pamphile, alone, is entitled to those funds. and and same shall be released and turned over to her after the expiration of _____ days.

SARAH A. THORNTON,
CLERK OF COURT

Dated: _____    By _____
                                         Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____%.

JudgmentCivil[1].wpd - 3/7/2005)