UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action 05-11355 JLT

UNICARE LIFE & HEALTH INSURANCE CO.
    Plaintiff-Stakeholder

v.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE,
WIDLENE CESAR, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHILE
AND CARTWRIGHT FUNERAL HOME
    Defendants

### JUDGMENT IN A CIVIL CASE

Tauro, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered allowing a motion for summary judgment in favor of Ruth Pamphile, finding her, alone, to be entitled to the funds deposited with the Court by Plaintiff Unicare,

    IT IS ORDERED AND ADJUDGED, that Ruth Pamphile, alone, is entitled to those funds. and and same shall be released and turned over to her after the expiration of _____ days.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 2/5/07

By _____
Deputy Clerk

NOTE: The post judgment interest rate effective this date is 5:08 5.08 %.

JudgmentCivil[1].wpd - 3/7/2005