United States District Court for the District of Massachusetts

Civil Action No.: 05-11355JLT

_____

UNICARE LIFE & HEALTH INSURANCE CO.
    Plaintiff-Stakeholder,

v.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE,
WIDLENE CESAR, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHILE
AND CARTWRIGHT FUNERAL HOME,
    Defendants

_____


DEFENDANT, CHANTAL PHANOR'S NOTICE OF APPEAL

    Notice is hereby given that Chantal Phanor, defendant in nthe above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the from the order of summary judgment in favor of Ruth Pamphile entered on February 5, 2007.

                        /s/Steven C. Goldwyn /s/_____
                        Steven C. Goldwyn, Esq.
                        Attorney for defendant, Chantal Phanor
                        Altman & Altman, LLP
                        675 Massachusetts Avenue
                        Cambridge, MA 02139
                        (617) 492-3000
                        BBO #: 561438