UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11355

Unicare Life & Health Insurance Co.

v.

Chantal Phanor, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-55

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/7/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 3/23/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11355-JLT

Unicare Life & Health Insurance Company v. Phanor et al  
Assigned to: Judge Joseph L. Tauro  
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 06/28/2005  
Jury Demand: Defendant  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question

**Plaintiff**

**Unicare Life & Health Insurance Company**

represented by **David B. Crevier**  
Crevier & Ryan LLP  
1500 Main Street  
Suite 2020  
Springfield, MA 01115-5532  
413-787-2400  
Fax: 413-781-8235  
Email: dcrevier@crevierandryan.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Katherine R. Parsons**  
Crevier & Ryan LLP  
1500 Main Street  
Suite 2020  
Springfield, MA 01115-5532  
413-787-2400  
Fax: 413-781-8235  
Email: kparsons@crevierandryan.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chantal Phanor**

represented by **Steven C. Goldwyn**  
Altman & Altman LLP  
675 Massachusetts Avenue  
Central Plaza  
Cambridge, MA 02139  
US  
617-492-3000  
Fax: 617-491-3299  
Email: stevencgol@aol.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ruth Pamphile**     represented by **Alanna G. Cline**
300 Market Street
Brighton, MA 02135
617-783-5997
Fax: 617-787-5539
Email: agc8284@gis.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beverly Pamphile**     represented by **Alanna G. Cline**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sonia Pamphile**

**Defendant**

**Widlene Cesar**

**Defendant**

**Judy Pamphile**     represented by **Alanna G. Cline**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey Pamphile**     represented by **Alanna G. Cline**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brunel Pamphile**     represented by **Alanna G. Cline**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cartwright Funeral Home**     represented by **Jennifer M. Clark**
*TERMINATED: 01/15/2006*     Lukowiak and Associates, P.C.

32 School Street
9
Framingham, MA 01701
781-848-8744
Fax: 784-848-8116
Email: jclark@beld.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2005 | 1 | COMPLAINT for Interpleader and Declaratory Relief against all defendants Filing fee: $ 250, receipt number 65263, filed by Unicare Life & Health Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Civil Cover Sheet)(Abaid, Kim) (Entered: 06/29/2005) |
| 06/28/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Abaid, Kim) (Entered: 06/29/2005) |
| 06/28/2005 |  | Summons Issued as to Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Cartwright Funeral Home, Chantal Phanor, Ruth Pamphile, Beverly Pamphile, Sonia Pamphile, Widlene Cesar. (Abaid, Kim) (Entered: 06/29/2005) |
| 07/21/2005 | 2 | SUMMONS Returned Executed Chantal Phanor served on 7/12/2005, answer due 8/1/2005. (Abaid, Kim) (Entered: 07/26/2005) |
| 07/21/2005 | 3 | SUMMONS Returned Executed Cartwright Funeral Home served on 7/12/2005, answer due 8/1/2005. (Abaid, Kim) (Entered: 07/26/2005) |
| 07/21/2005 | 4 | SUMMONS Returned Executed Ruth Pamphile served on 7/12/2005, answer due 8/1/2005. (Abaid, Kim) (Entered: 07/26/2005) |
| 07/21/2005 | 5 | SUMMONS Returned Executed Beverly Pamphile served on 7/12/2005, answer due 8/1/2005. (Abaid, Kim) (Entered: 07/26/2005) |
| 07/21/2005 | 6 | SUMMONS Returned Executed Judy Pamphile served on 7/12/2005, answer due 8/1/2005. (Abaid, Kim) (Entered: 07/26/2005) |
| 07/21/2005 | 7 | SUMMONS Returned Executed Jeffrey Pamphile served on 7/12/2005, answer due 8/1/2005. (Abaid, Kim) (Entered: 07/26/2005) |
| 07/21/2005 | 8 | SUMMONS Returned Executed Brunel Pamphile served on 7/12/2005, answer due 8/1/2005. (Abaid, Kim) (Entered: 07/26/2005) |
| 07/21/2005 | 9 | SUMMONS Returned Executed Sonia Pamphile served on 7/14/2005, answer due 8/3/2005. (Abaid, Kim) (Entered: 07/26/2005) |
| 07/21/2005 | 10 | SUMMONS Returned Executed Widlene Cesar served on 7/14/2005, answer due 8/3/2005. (Abaid, Kim) (Entered: 07/26/2005) |

| | | | |
|---|---|---|---|
| | 08/01/2005 | 11 | ANSWER to Complaint by Sonia Pamphile.(Abaid, Kim) (Entered: 08/01/2005) |
| | 08/01/2005 | 12 | ANSWER to Complaint by Widlene Cesar.(Abaid, Kim) (Entered: 08/01/2005) |
| | 08/02/2005 | 13 | ANSWER to Complaint by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile.(Abaid, Kim) (Entered: 08/02/2005) |
| | 08/29/2005 | 14 | NOTICE of Scheduling Conference Scheduling Conference set for 10/3/2005 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 08/29/2005) |
| | 08/29/2005 | 15 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kim) (Entered: 08/29/2005) |
| | 09/13/2005 | 16 | Request for notice of default. (Parsons, Katherine) (Entered: 09/13/2005) |
| | 09/16/2005 | 17 | CORPORATE DISCLOSURE STATEMENT by Unicare Life & Health Insurance Company. (Parsons, Katherine) (Entered: 09/16/2005) |
| | 09/20/2005 | 18 | NOTICE: Clerk's ENTRY OF DEFAULT as to Chantal Phanor (Abaid, Kim) (Entered: 09/20/2005) |
| | 09/20/2005 | 19 | Judge Joseph L. Tauro : ORDER entered. STANDING ORDER on motions for default judgment (Abaid, Kim) (Entered: 09/20/2005) |
| | 09/22/2005 | 20 | NOTICE of Appearance by Steven C. Goldwyn on behalf of Chantal Phanor (Abaid, Kim) (Entered: 09/22/2005) |
| | 09/22/2005 | | Letter sent to Attorney Steven C. Goldwyn advising of inactive status in the Bar of this Court. Notice, reregistration and ECF application included. (Abaid, Kim) (Entered: 09/22/2005) |
| | 09/22/2005 | 21 | ANSWER to Complaint with Jury Demand by Chantal Phanor.(Abaid, Kim) (Entered: 09/22/2005) |
| | 09/23/2005 | 22 | CORPORATE DISCLOSURE STATEMENT by Cartwright Funeral Home. (Abaid, Kim) (Entered: 09/23/2005) |
| | 09/23/2005 | 23 | ANSWER to Complaint by Cartwright Funeral Home.(Abaid, Kim) (Entered: 09/23/2005) |
| | 09/28/2005 | 24 | MOTION for Extension of Time for Joint Statement and Status Conference by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile.(Abaid, Kim) (Entered: 09/28/2005) |
| | 09/30/2005 | | Judge Joseph L. Tauro : ElectronicORDER entered granting 24 Motion for Extension of Time; the scheduling conference is re-scheduled for November 1, 2005 at 11:00 a.m. (Lovett, Zita) (Entered: 09/30/2005) |
| | 10/12/2005 | 25 | MOTION to Vacate 18 Notice: Clerk's Entry of Default, 19 Standing Order re motions for default judgment and Accept Already Filed Answer by |

| | | | |
|---|---|---|---|
| | | | Chantal Phanor.(Abaid, Kim) (Entered: 10/12/2005) |
| 10/28/2005 | | 26 | JOINT STATEMENT re scheduling conference. (Parsons, Katherine) (Entered: 10/28/2005) |
| 10/31/2005 | | 27 | CERTIFICATION pursuant to Local Rule 16.1 by Unicare Life & Health Insurance Company.(Parsons, Katherine) (Entered: 10/31/2005) |
| 11/02/2005 | | 28 | Judge Joseph L. Tauro : ORDER entered 25 Motion to Vacate Default is ALLOWED. Defendant may file for a Guardian Ad Litem no later than January 19, 2006. Defendant may file a motion to Remand to State Court no later than January 19, 2006. Plaintiff must file a response to the abovementioned motions no later than January 30, 2006. Defendant Widlene Cesar may appear for future conferences via speakerphone, and does not need to attend in person. (Abaid, Kim) (Entered: 11/02/2005) |
| 11/07/2005 | | 29 | CERTIFICATION pursuant to Local Rule 16.1 by Cartwright Funeral Home.(Abaid, Kim) (Entered: 11/08/2005) |
| 12/27/2005 | | 30 | STIPULATION *for Judgment as to Defendant Cartwright Funeral Home* by Cartwright Funeral Home. (Clark, Jennifer) (Entered: 12/27/2005) |
| 01/15/2006 | | | Judge Joseph L. Tauro : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 30 Stipulation for Judgment as to Cartwright Funeral Home is APPROVED.(Abaid, Kim) (Entered: 01/17/2006) |
| 01/15/2006 | | 31 | Judge Joseph L. Tauro : ORDER entered. STIPULATED JUDGMENT As To Cartwright Funeral Home. (Abaid, Kim) (Entered: 01/17/2006) |
| 01/19/2006 | | 32 | MOTION for Referral of Matter to State Court (Family Service Office) For GAL-Type Investigation in Lieu of GAL Appointment by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile.(Abaid, Kim) (Entered: 01/23/2006) |
| 01/19/2006 | | 33 | MEMORANDUM in Support re 32 MOTION for Referral of Matter to State Court (Family Service Office) For GAL-Type Investigation in Lieu of GAL Appointment filed by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile. (Abaid, Kim) (Entered: 01/23/2006) |
| 01/19/2006 | | 34 | MOTION to Remand to State Court by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile.(Abaid, Kim) (Entered: 01/23/2006) |
| 01/19/2006 | | 35 | MEMORANDUM in Support re 34 MOTION to Remand filed by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile. (Abaid, Kim) (Entered: 01/23/2006) |
| 01/23/2006 | | 36 | NOTICE issued to Attorney Alanna G. Cline regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Abaid, Kim) (Entered: 01/23/2006) |
| 01/30/2006 | | 37 | Opposition re 34 MOTION to Remand filed by Unicare Life & Health Insurance Company. (Attachments: # 1 Exhibit A-Policy# 2 Exhibit |

| | | |
|---|---|---|
| | | A-Policy (continued)# 3 Exhibit B-Death Certificate# 4 Exhibit C-Beneficiary Printout# 5 Exhibit D-Beneficiary Change Form# 6 Exhibit E-Beneficiary Claim Form# 7 Exhibit F- Correspondence dated 4/11/05)(Crevier, David) (Entered: 01/30/2006) |
| 01/30/2006 | 38 | MOTION to Appoint Guardian ad Litem *for the Minor Defendants*, MOTION for Attorney Fees, MOTION to Deposit Funds, MOTION to Dismiss by Unicare Life & Health Insurance Company. (Attachments: # 1 Exhibit A-Policy# 2 Exhibit A-Policy (continued)# 3 Exhibit B-Death Certificate# 4 Errata C-Beneficiary Printout# 5 Exhibit D-Beneficiary Change Form# 6 Exhibit E-Beneficiary Claim Form# 7 Exhibit F-Correspondence dated 4/11/05# 8 Exhibit G-Affidavit of David Crevier)(Crevier, David) (Entered: 01/30/2006) |
| 01/30/2006 | 39 | EXHIBIT re 38 MOTION to Appoint Guardian ad Litem *for the Minor Defendants* MOTION for Attorney Fees MOTION for Attorney Fees MOTION for Attorney Fees MOTION to Deposit Funds MOTION to Deposit Funds MOTION to Deposit Funds MOTION to Dismiss MOTION to Dismiss MOTION to Dismiss by Unicare Life & Health Insurance Company. (Crevier, David) (Entered: 01/30/2006) |
| 02/28/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 34 Motion to Remand (Abaid, Kim) (Entered: 02/28/2006) |
| 03/17/2006 | | ELECTRONIC NOTICE of Hearing:Motions Hearing set for 4/12/2006 10:15 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/17/2006) |
| 03/17/2006 | | ELECTRONIC NOTICE of Hearing on Motion 32 MOTION for Referral of Matter to State Court (Family Service Office) For GAL-Type Investigation in Lieu of GAL Appointment, 38 MOTION to Appoint Guardian ad Litem *for the Minor Defendants* MOTION for Attorney Fees MOTION to Deposit Funds MOTION to Dismiss MOTION to Appoint Guardian ad Litem *for the Minor Defendants* MOTION for Attorney Fees MOTION to Deposit Funds MOTION to Dismiss MOTION to Appoint Guardian ad Litem *for the Minor Defendants* MOTION for Attorney Fees MOTION to Deposit Funds MOTION to Dismiss: Motion Hearing set for 4/12/2006 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/17/2006) |
| 04/12/2006 | 40 | Judge Joseph L. Tauro : ORDER entered 38 Motion to Deposit Funds is ALLOWED. 38 Motion for Attorney Fees is ALLOWED. 38 Motion to be Dismissed is ALLOWED. Defendants have until July 1, 2006 to file a Motion for Summary Judgment. 32 Motion for Referral of Matter to State Court and 38 Motion to Appoint a Guardian Ad Litem are DENIED WITHOUT PREJUDICE to being raised after the court's determination on the abovementioned Motion for Summary Judgment. (Abaid, Kim) (Entered: 04/12/2006) |
| 07/03/2006 | 41 | MOTION for Extension of Time to July 31, 2006 to file motion for summary judgment, brief, and supporting affidavit and exhibits by Judy Pamphile, |

| | | | |
|---|---|---|---|
| | | | Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile.(Cline, Alanna) (Entered: 07/03/2006) |
| | 07/03/2006 | 42 | MOTION for Extension of Time to July 31, 2006 to File motion for summary judgment, brief, affidavit, and exhibits by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile. (Attachments: # 1 Affidavit Affidavit in Support of Motion)(Cline, Alanna) (Entered: 07/03/2006) |
| | 07/03/2006 | | Motions terminated: 41 MOTION for Extension of Time to July 31, 2006 to file motion for summary judgment, brief, and supporting affidavit and exhibits filed by Ruth Pamphile,, Beverly Pamphile,, Judy Pamphile,, Jeffrey Pamphile,, Brunel Pamphile,. *** Document was refiled with an affidavit as entry 42. (Abaid, Kim) (Entered: 07/05/2006) |
| | 07/05/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 42 Motion for Extension of Time Summary Motion due by 7/31/2006. (Lovett, Zita) (Entered: 07/05/2006) |
| | 08/01/2006 | 43 | MOTION for Summary Judgment by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile. (Attachments: # 1 Affidavit Affidavit of Widow in Support of Motion and Memo# 2 Affidavit Affidavit of Child in Support of Motion and Memo# 3 Affidavit Affidavit of Son in Support of Motion and Memo)(Cline, Alanna) Modified on 8/2/2006 (Abaid, Kim). (Entered: 08/01/2006) |
| | 08/01/2006 | 44 | Statement of Material Facts L.R. 56.1 re 43 MOTION for Summary Judgment filed by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile. (Abaid, Kim) (Entered: 08/02/2006) |
| | 08/01/2006 | 45 | MEMORANDUM in Support re 43 MOTION for Summary Judgment filed by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile. (Attachments: # 1 List of Exhibits# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16)(Abaid, Kim) (Entered: 08/02/2006) |
| | 08/01/2006 | 46 | CERTIFICATE OF SERVICE by Judy Pamphile, Jeffrey Pamphile, Brunel Pamphile, Ruth Pamphile, Beverly Pamphile re 44 Statement of Material Facts L.R. 56.1, 45 Memorandum in Support of Motion, 43 MOTION for Summary Judgment. (Abaid, Kim) (Entered: 08/02/2006) |
| | 08/02/2006 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 43 corrected because: Statement of Facts and Memorandum in Support were filed as an attachment to the Motion. Removed documents and exhibits, refiled as separate documents and labeled exhibits. (Abaid, Kim) (Entered: 08/02/2006) |
| | 08/11/2006 | 47 | MOTION for Extension of Time to Additional 30 days to File a response to motion for summary judgment by Chantal Phanor.(Goldwyn, Steven) (Entered: 08/11/2006) |

| | | |
|---|---|---|
| 08/14/2006 | 48 | CERTIFICATE OF CONSULTATION re 44 Statement of Material Facts L.R. 56.1, 45 Memorandum in Support of Motion,, 43 MOTION for Summary Judgment. (Cline, Alanna) (Entered: 08/14/2006) |
| 08/14/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 47 Motion for Extension of Time (Abaid, Kim) (Entered: 08/14/2006) |
| 08/14/2006 | | Set/Reset Deadlines as to 43 MOTION for Summary Judgment. Responses due by 9/15/2006 (Abaid, Kim) (Entered: 08/14/2006) |
| 09/13/2006 | 49 | Assented to MOTION for Extension of Time to September 22, 2006 to File Opposition to Motion for Summary Judgment by Chantal Phanor.(Goldwyn, Steven) (Entered: 09/13/2006) |
| 09/14/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 49 Motion for Extension of Time Motions due by 9/22/2006. (Lovett, Zita) (Entered: 09/14/2006) |
| 09/22/2006 | 50 | MEMORANDUM in Opposition re 43 MOTION for Summary Judgment filed by Chantal Phanor. (Attachments: # 1 Exhibit Automatic Restraining Order- Exhibit 1# 2 Exhibit Medical Records of Mr. Pamphile- Exhibit 2# 3 Affidavit Affidavit of Chantal Phanor- Exhibit 3# 4 Supplement Certificate of Service)(Goldwyn, Steven) (Entered: 09/22/2006) |
| 01/31/2007 | 51 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM (Lovett, Zita) Modified on 2/1/2007 (Abaid, Kim). (Entered: 01/31/2007) |
| 01/31/2007 | 52 | Judge Joseph L. Tauro :ORDER entered. (Lovett, Zita) Modified on 2/1/2007 (Abaid, Kim). (Entered: 01/31/2007) |
| 02/02/2007 | 53 | Proposed Document(s) submitted by Ruth Pamphile. Document received: Proposed Judgment Form. (Cline, Alanna) (Entered: 02/02/2007) |
| 02/05/2007 | 54 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of Ruth Pamphile (Abaid, Kim) (Entered: 02/07/2007) |
| 03/07/2007 | 55 | NOTICE OF APPEAL by Chantal Phanor Filing fee $ 455, receipt number 1435348 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/27/2007. (Goldwyn, Steven) (Entered: 03/07/2007) |