UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11355

Unicare Life & Health Insurance Co.

v.

Chantal Phanor, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-55

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/7/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2007.

Sarah A Thornton, Clerk of Court

By: /s/ Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 3/23/07 .

_____ SC _____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1493

- 3/06