# MANDATE

# United States Court of Appeals
## For the First Circuit

05-11355
Massachusetts(d)
J. Tauro

No. 07-1493

UNICARE LIFE & HEALTH INSURANCE COMPANY

Plaintiff

v.

CHANTAL PHANOR

Defendant - Appellant

v.

RUTH PAMPHILE; BEVERLY PAMPHILE; SONIA PAMPHILE; WIDLENE CESAR; JUDY PAMPHILE; JEFFREY PAMPHILE; BRUNEL PAMPHILE

Defendants - Appellees

CARTWRIGHT FUNERAL HOME

Defendant

### JUDGMENT

Entered: August 6, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By_____
 Appeals Attorney

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 8-6-07

[cc: David B. Crevier, Esq., Katherine R. Parsons, Esq., Steven C. Goldwyn, Esq., Alanna G. Cline, Esq.]