UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action 05-11355 JLT

_____

UNICARE LIFE & HEALTH INSURANCE CO.
    Plaintiff-Stakeholder

v.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE,
WIDLENE CESAR, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHILE
AND CARTWRIGHT FUNERAL HOME
    Defendants

_____

JOINT MOTION FOR DISTRIBUTION OF FUNDS HELD BY COURT

Now come Defendants Ruth Pamphile and Chantal Phanor, by and through their respective counsel of record in this matter, Atty. Alanna G. Cline and Atty. Steven Goldwyn, and jointly represent as follows:

1. The Stakeholder, Unicare Life and Health Insurance Co., previously deposited a certain fund of about $207,621.58, or thereabouts, on account of certain life insurance proceeds. The deposit was made to the Financial Manager of this Court, pursuant to the court's allowance of a motion in regard to same.

2. Thereafter, this Court entered summary judgment in favor of Defendant, Ruth Pamphile. Defendant Chantal Phanor gave notice of her appeal of that order.

3. By agreement of Defendant-Appellant Phanor, and Defendant-Appellee Ruth Pamphile, the matter of that appeal, Docket No. 07-1493 in the Circuit Court of Appeals, was dismissed pursuant to Fed. R. App. P. 42(b) with a mandate to issue forthwith, and with the record on appeal returned to the district court.

For these reasons, the parties jointly move for the distribution of the original deposit of $207,681.58 together with any and all interest accrued thereupon, as follows:

    A)    To Defendant Chantal Phanor and her attorney, Steven C. Goldwyn, Esq., Law Office Of Steven C. Goldwyn , 675 Massachusetts Avenue, Cambridge MA 02139, the amount of $28,500.00 (Twenty-Eight Thousand Five Hundred Dollars).  Insofar as she will receive no interest, her social security number is not provided at this time, but will be provided under separate cover in the event of the request of the Financial Manager of this Court.

    B)    To Defendant Ruth Pamphile and her attorney, Alanna G. Cline, Atty., 300 Market St., Brighton, MA 02135 <u>the entire balance, including all interest earned</u>.  Ms. Pamphile's personal address and Social Security Number appear on a separate exhibit being transmitted by fax to the Financial Manager, to enable non-disclosure on the public record or internet.

Counsel suggest    that each respective check may be made out to counsel alone, or to counsel and party as to each, as the court may determine.

    Respectfully submitted,

    */Steven C. Goldwyn/*
    Steven C. Goldwyn, Esq.,
    Law Office Of Steven C. Goldwyn,
    675 Massachusetts Avenue,
    Cambridge MA 02139
    BBO 561438
    617 492 1818

    */Alanna G. Cline/*
    ,
    Alanna G. Cline, Atty.
    300 Market St.
    Brighton, MA 02135
    BBO 086860
    617 783 5997

August 9, 2007