UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action 05-11355 JLT

_____

UNICARE LIFE & HEALTH INSURANCE CO.
    Plaintiff-Stakeholder

v.

CHANTAL PHANOR, RUTH PAMPHILE,
BEVERLY PAMPHILE, SONIA PAMPHILE,
WIDLENE CESAR, JUDY PAMPHILE,
JEFFREY PAMPHILE, BRUNEL PAMPHLE
AND CARTWRIHT FUNERAL HOME
    Defendants

_____

CERTIFICATE OF SERVICE AS TO MOTION FOR DISTRIBUTION OF FUNDS

    I, Alanna G. Cline, do certify that I have served copies of the foregoing motion for distribution of funds by electronic service on those receiving service and notice by this court's electronic filing system, and by mailing copies of same first class mail postage prepaid to the last known addresses for directed as follows this August 9, 2006 to:

1.    Widlene Cesar, 1860 NE 16th Ave. Apt. 101, Miami, FLA 33161

2.    Sonia Pamphile c/o Widlene Cesar, 1860 NE 16th Ave. Apt. 101, Miami, FLA 33161 (that being the only address provided on the pleadings served which might reach Sonia Pamphile in Miami, Florida).

August 9, 2007                              /s/ *Alanna G. Cline*
                                                    Alanna G. Cline